**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jaime MARTINEZ–PONCE, a.k.a. Jamie Ponce–Martinez, a.k.a. Jaime Ponce–Martinez a.k.a. Ancelmo Martinez–Martinez, Defendant–Appellant.**

**No. 13–15304**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 17, 2015.

Praveen S. Krishna, Michael B. Billingsley, Daniel M. Murdock, Joyce White Vance, Michael Wayne Whisonant, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Richard Aaron Chastain, J. Sims Rhyne, Bradley Arant Boult Cummings, LLP, Birmingham, AL, Jaime Martinez–Ponce, Washington, MS, for Defendant–Appellant.

Before ED CARNES, Chief Judge, JULIE CARNES and FAY, Circuit Judges.

PER CURIAM:

Richard Aaron Chastain and John Sims Rhyne, appointed counsel for Jaime Martinez–Ponce in this direct criminal appeal, have moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsels's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsels's motion to withdraw is **GRANTED,** and Martinez–Ponce's conviction and sentence are **AFFIRMED.**